UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

PAUL MOREDOCK,

    Plaintiff,                                  Case No. 1:08-cv-1226

v.                                              Hon. Janet T. Neff

ROBERT MOREDOCK, et al.,

    Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 16, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant Robert Moredock's Motion for Summary Judgment, (dkt. #5 and 8), is granted in part and denied in part. Plaintiff's claims are dismissed for the reasons stated in the Report and Recommendation, except for Plaintiff's invasion of privacy claim against Robert Moredock for allegedly obtaining "sensitive personally identifiable medical and financial information" concerning Plaintiff.

Dated: July 7, 2009                                        /s/Janet T. Neff
                                                                       JANET T. NEFF
                                                                       UNITED STATES DISTRICT JUDGE